JOHN H. DONBOLI (SBN:  205218)
  Email:  jdonboli@delmarlawgroup.com
JL SEAN SLATTERY (SBN:  210965)
  Email:  sslattery@delmarlawgroup.com
DEL MAR LAW GROUP, LLP
2002 Jimmy Durante Blvd., Suite 100
Del Mar, CA 92014
Telephone:  (858) 793-6244
Facsimile:  (858) 793-6005

Attorneys for Plaintiff:   GEORGE CHAMPION III

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CHAMPION III,<br><br>                    Plaintiffs,<br><br>        v.<br><br>JPMORGAN CHASE NATIONAL CORPORATE SERVICES, INC., a New York corporation; and DOES 1 - 100, inclusive,<br><br>                    Defendants. | Case No. 11-cv-01222-BTM-WVG<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO STIPULATION**<br><br>District Judge:    Hon. Barry M. Moskowitz<br>Room/Floor:       Room 15 / 5th Floor<br><br>Complaint Filed: April 29, 2011 |

        TO THIS HONORABLE COURT, THE HONORABLE CLERK OF THE COURT, AND ALL PARTIES:

        PLEASE TAKE NOTICE that plaintiff GEORGE CHAMPION III ("Plaintiff") respectfully submits this Notice of Voluntary Dismissal *With Prejudice* pursuant to Federal Rule of Civil Procedure, Rule 41(a) ("Rule 41").  Rule 41 provides:

> (A)(1).  Subject to the provisions of Rule 23(e), of Rule 66, and of any statute of the United States, an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who

have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.[1]

Rule 41(a).

As the Court may properly take notice of its own file in this matter, there has been no answer, motion for summary judgment, or motion for class certification filed in this case. As such, Plaintiff has the right to dismiss this action.

Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

Dated: July 5, 2011        DEL MAR LAW GROUP, LLP


                           By: *s/John H. Donboli*
                               John H. Donboli
                               Email: jdonboli@delmarlawgroup.com
                               DEL MAR LAW GROUP, LLP
                               Attorneys for Plaintiff
                               GEORGE CHAMPION III


Dated: July 5, 2011        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                           By: *s/Shannon Z. Peterson*
                               Shannon Z. Petersen
                               Email: spetersen@sheppardmullin.com
                               SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
                               Attorneys for Defendant
                               JPMORGAN CHASE NATIONAL CORPORATE SERVICES, INC.

---

[1] Rule 23 is inapplicable in this matter as it provides that the "court must approve any settlement, voluntary dismissal, or compromise of the claims, issues, or defenses of a **certified class**." Rule 23(e) (emphasis added). In this case, there has been no motion or any other attempt to certify a class.

| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>JOHN H. DONBOLI (SBN: 205218)<br>JL SEAN SLATTERY (SBN: 210965)   Tel: (858) 793-6244<br>DEL MAR LAW GROUP, LLP           Fax (858) 793-6005<br>2002 Jimmy Durante Blvd, Suite 100<br>Del Mar, CA 92014 | |
| SHORT CASE TITLE<br>CHAMPION v. J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC., et al. | Courtroom: 15/5TH Floor<br>Judge: Hon. Barry M. Moskowitz |
| ATTORNEYS FOR PLAINTIFF<br>GEORGE CHAMPION III | Case No.<br>11-cv-01222-BTM-WVG |

# PROOF OF SERVICE

I, the undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, and that I am not a party to the subject cause. My business address is 2002 Jimmy Durante Blvd., Suite 100, Del Mar, California 92014.

On July 5, 2011, I served the following document(s):

**1. NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO STIPULATION**

by placing a copy thereof in a separate envelope for each addressee named hereafter and addressed as follows:

| | |
|---|---|
| Shannon Z. Petersen, Esq.<br>Norma Garcia Guillen, Esq.<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>501 West Broadway, 19th Floor<br>San Diego, CA 92101-3598<br>Tel: (619) 338-6500<br>Fax: (619) 234-3815<br>Email: spetersen@sheppardmullin.com<br>Email: ngarcia@sheppardmullin.com<br><br>*Attorneys for Defendant: JP MORGAN CHASE CORPORATE SERVICES, INC.* | Leann Pedersen Pope, Esq.<br>Stephen R. Meinertzhagen, Esq.<br>BURKE, WARREN, MACKAY & SERRITELA, P.C.<br>330 North Wabash, 22nd Floor<br>Chicago, IL 60611<br>Tel: (312) 840-7000<br>Fax: (312) 840-7047<br>Email: lpope@burkelaw.com<br>Email: smeinertzhagen@burkelaw.com<br><br>*Attorneys for Defendant: JP MORGAN CHASE CORPORATE SERVICES, INC.* |

/ / /

-1-

**PROOF OF SERVICE**

1  ( X )   **BY ELECTRONIC FILING**. I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing System for the above-entitled case.  The Case Filing Receipt will be maintained with the original document(s) in our office.

4  ( X )   **BY MAIL**.  I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed on July 5, 2011                                   /s/ John H. Donboli
                                                                            John H. Donboli

-2-

**PROOF OF SERVICE**